**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

JORGE L. NIEBLA,

    Plaintiff,

vs.                                           Case No. 5:09cv216/MCR/EMT

C. O. HOLLISTER, et al.,

    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 27, 2009 (Doc. 6). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 6th day of October, 2009.

                                              *s/ M. Casey Rodgers*
                                              **M. CASEY RODGERS
                                              UNITED STATES DISTRICT JUDGE**